**Marvin DUNCAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 42643.**

Missouri Court of Appeals,
Western District.

Feb. 13, 1991.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 2, 1991.

Application to Transfer Denied
May 3, 1991.

David S. Durbin, Appellate Defender, Anthony C. Cardarella, Asst. Appellate Defender, Office of Public Defender, Kansas City, appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, respondent.

Before TURNAGE, P.J., and
LOWENSTEIN, and ULRICH, JJ.

ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion for post-conviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).